# United States Bankruptcy Court
## Northern District of Alabama

In re    **Blue Ridge Newspapers, Inc.**        ,     Case No. _____

                                           Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 467,200.00 | | |
| B - Personal Property | Yes | 4 | 265,800.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,678,181.38 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 56,151.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,525,585.36 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 733,000.50 | | |
| Total Liabilities | | | | 4,259,918.15 | |

# United States Bankruptcy Court
## Northern District of Alabama

In re    **Blue Ridge Newspapers, Inc.**                  Case No. _____

                                      Debtor

                                        Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Blue Ridge Newspapers, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1633 W. Main Street**<br>**Salem, Virginia 24153** | | - | 467,200.00 | 2,039,834.60 |

|  | Sub-Total > | 467,200.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 467,200.00 | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                     Best Case Bankruptcy

In re  **Blue Ridge Newspapers, Inc.**                                    ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia checking Acct # xxxxxxxxx2718** | - | 10,213.48 |
| | | **Bank of Floyd Checking Account** | - | 193.87 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >              **10,507.35**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

In re   **Blue Ridge Newspapers, Inc.**
_____ ,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - see list attached as Schedule B-16** | - | 128,271.15 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                Sub-Total >          **128,271.15**
                                              (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re   **Blue Ridge Newspapers, Inc.**                   ,      Case No. _____

                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property**<br>**All trademarks, copyrights, and tradenames for the following:**<br>**Salem Times Register**<br>**The New Castle Record**<br>**The Fincastle Herald**<br>**The Vinton Messenger**<br>**Cave Spring Connection**<br><br>**Websites:**<br>**www.ourvalley.org**<br>**www.newcastlerecord.com**<br>**www.fincastleherald,com**<br>**www.vintonmessenger.com**<br>**www.cavespringconnection.com**<br>**www.salemtimes-register.com** | - | 10,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List**<br><br>**Masthead** | -<br><br>- | 20,000.00<br><br>20,000.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Isuzu Truck**<br><br>**1988 Chevy Van (Does not run)** | -<br><br>- | 1,735.00<br><br>300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See list attached as Schedule B-28** | - | 47,522.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Newsprint**<br><br>**Ink**<br><br>**Newsprint - 56 Rolls** | -<br><br>-<br><br>- | 7,190.00<br><br>1,330.00<br><br>15,637.50 |

|  | Sub-Total > | 123,714.50 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re  **Blue Ridge Newspapers, Inc.**                              ,         Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **800 Plates** | - | **1,728.00** |
| | | **Ink** | - | **1,579.50** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **3,307.50** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **265,800.50** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BLUE RIDGE NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX6649 | ) | CASE NO. 10-84887-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| CAPE FEAR NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX8594 | ) | CASE NO. 10-84888-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX0657 | ) | CASE NO. 10-84889-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| WEST 10 NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX1984 | ) | CASE NO. 10-84890-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## <u>SCHEDULE C – EXEMPTIONS</u>

- **This form does not apply to this Chapter 11 Bankruptcy.**

In re   **Blue Ridge Newspapers, Inc.**                   ,    Case No. _____

                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 1**<br>**Montgomery Publishing, LLC**<br>**605 Southview Terrace**<br>**Christiansburg, VA 24073** | | - | **1633 W. Main Street**<br>**Salem, Virginia 24153** | X | | X | | |
| | | | Value $      **467,200.00** | | | | 1,108,691.60 | 1,108,691.60 |
| Account No. <br><br>**Creditor #: 2**<br>**Salem Publishing Company**<br>**104 Woodmont Boulevard, Suite 300**<br>**Nashville, TN 37205** | | - | **Equipment, Furniture, Accounts Receivable, Vehicles, Inventory, Stock & General Intangibles** | X | | X | | |
| | | | Value $      **265,800.50** | | | | 638,346.78 | 372,546.28 |
| Account No. <br><br>**Creditor #: 3**<br>**Wells Fargo**<br>**POB 6434**<br>**Carol Stream, IL 60197** | | - | **1633 W. Main Street**<br>**Salem, Virginia 24153** | | | | | |
| | | | Value $      **467,200.00** | | | | 931,143.00 | 463,943.00 |
| Account No. | | - | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | 2,678,181.38 | 1,945,180.88 |
| | Total<br>(Report on Summary of Schedules) | 2,678,181.38 | 1,945,180.88 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

In re    **Blue Ridge Newspapers, Inc.**                                        ,    Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**1**____ continuation sheets attached

In re  **Blue Ridge Newspapers, Inc.**                              ,    Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**City of Salem, Virginia**<br>**P.O. Box 869**<br>**114 N. Broad St**<br>**Salem, VA 24153** | - | | | X | | X | 20,000.00 | 0.00<br><br>20,000.00 |
| Account No.<br>**Creditor #: 2**<br>**Internal Revenue Service**<br>**801 Tom Martin Drive**<br>**Birmingham, AL 35211** | - | | **1st, 2nd, 3rd & 4th Qtr 941 Taxes** | | | | 36,151.41 | 0.00<br><br>36,151.41 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 56,151.41 | 0.00<br>56,151.41 |
| Total<br>(Report on Summary of Schedules) | 56,151.41 | 0.00<br>56,151.41 |

In re    **Blue Ridge Newspapers, Inc.**            ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Creditor #: 1**<br>**AAA Trophies**<br>**4115 Williamson Rd.**<br>**Roanoke, VA 24012** | | - | | | | | | 256.20 |
| **Account No.**<br><br>**Creditor #: 2**<br>**Abitibi Consolidated Sales Corp**<br>**1228 Paysphere Circle**<br>**Chicago, IL 60674** | | - | | | | | | 27,469.27 |
| **Account No.**<br><br>**Creditor #: 3**<br>**Associated Publishers Distribution**<br>**P.O. Box 12566**<br>**Roanoke, VA 24026** | | - | | | | | | 544.00 |
| **Account No.**<br><br>**Creditor #: 4**<br>**Bondware, Inc.**<br>**239 John R. Rice Blvd. Ste F**<br>**NC 27129** | | - | | | | | | 2,085.00 |

    __9__    continuation sheets attached

                                                   Subtotal
                                              (Total of this page)     30,354.47

In re **Blue Ridge Newspapers, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 5 C&W Pressroom Products PO Box 768 New York, NY 10018 | - | | | | | | | |
| | | | | | | | | 360.55 |
| Account No. | | | | | | | | |
| Creditor #: 6 Carter's Towing 28 Dixie Drive Salem, VA 24153 | - | | | | | | | |
| | | | | | | | | 275.00 |
| Account No. | | | | | | | | |
| Creditor #: 7 Cintas Corporation P.O. Box 1007 Bedford, VA 24523 | - | | | | | | | |
| | | | | | | | | 1,305.00 |
| Account No. | | | | | | | | |
| Creditor #: 8 Corning Publishing Company P.O. Box 85 Corning, AR 72422 | - | | | | | | | X | 17,897.57 |
| Account No. | | | | | | | | |
| Creditor #: 9 E. Wilson Koeppel 20 Signal Hill Circle Tuscaloosa, AL 35406 | - | | | | | | | |
| | | | | | | | | 26,574.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **46,412.12**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Blue Ridge Newspapers, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 10**<br>**Fire Safety Products**<br>**P.O. Box 5090**<br>**Christiansburg, VA 24068** | - | | | | | | | 43.05 |
| Account No. | | | | Loan to Company | | | | |
| **Creditor #: 11**<br>**Floyd Lawson**<br>**1020 Larkwood Dr. NE**<br>**Cullman, AL 35055** | - | | | | | | | 221,376.00 |
| Account No. | | | | Credit Card | | | | |
| **Creditor #: 12**<br>**FNB Card Member Services**<br>**P.O. BOX 2490**<br>**Omaha, NE 68103** | - | | | | | | | 3,657.58 |
| Account No. | | | | | | | | |
| **Creditor #: 13**<br>**G.E. Richards Graphic Supplies of VA Inc**<br>**928 Links Ave**<br>**P.O. Box 339**<br>**Landisville, PA 17538** | - | | | | | | X | 8,385.69 |
| Account No. | | | | Lowe's Business Account | | | | |
| **Creditor #: 14**<br>**GE Moneybank**<br>**Attn. Bankruptcy Dept**<br>**P.O. Box 103106**<br>**Roswell, GA 30076** | - | | | | | | | 247.72 |

Sheet no.  **2**___ of  **9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

233,710.04

In re   **Blue Ridge Newspapers, Inc.**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | J | | | | | |
| | | | | C | | | | | |
| Account No.<br>**Creditor #: 15**<br>**Group Underwriters Agency, Inc.**<br>**P.O. box 5449**<br>**Charlottesville, VA 22905** | - | | | | | | | | 6,500.00 |
| Account No.<br>**Creditor #: 16**<br>**Hoag & Sons**<br>**PO Box 162**<br>**Springport, MI 49284-0162** | - | | | | | | | | 25.66 |
| Account No.<br>**Creditor #: 17**<br>**IGS Knives, Inc.**<br>**760 West Wallick Lane**<br>**Red Lion, PA 17356** | - | | | | | | | | 105.00 |
| Account No.<br>**Creditor #: 18**<br>**Ikon Office Solutions**<br>**P.O. Box 532530**<br>**Atlanta, GA 30353** | - | | | | | | | | 86.77 |
| Account No.<br>**Creditor #: 19**<br>**Imagemasters**<br>**485 Hopkins Road**<br>**Lynchburg, VA 24502** | - | | | | | | | | 976.06 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       7,693.49

In re  **Blue Ridge Newspapers, Inc.**                                      ,      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20** <br> **Creditor #: 20** <br> **Impression Inks, LTD** <br> **7333 Jack Newell Blvd.** <br> **Ste 200** <br> **Fort Worth, TX 76118** | - | | | | | | **2,281.50** |
| Account No. **21** <br> **Creditor #: 21** <br> **James R. Morgan** <br> **PO Box 3778** <br> **Eagle, CO 81631** | - | | Deferred Compensation Agreement | | | | **13,900.00** |
| Account No. **22** <br> **Creditor #: 22** <br> **Jeff Robertson** <br> **2720 Muirwoods Drive** <br> **Owens Cross Roads, AL 35763** | | | Guaranty for West 10 Newspapers Note Purchase Agreement | | | | **380,662.00** |
| Account No. **23** <br> **Creditor #: 23** <br> **Jeffrey T. Stumb** <br> **2606 Grande Woods Drive** <br> **Owens Cross Roads, AL 35763** | - | | Stockholder Loans to Company <br> Credit Card Advances <br> Payroll Loans | | | | **278,414.00** |
| Account No. **24** <br> **Creditor #: 24** <br> **Karen Ann Stumb** <br> **2606 Grande Woods Drive** <br> **Owens Cross Roads, AL 35763** | - | | Loan | | | | **10,000.00** |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**685,257.50**

In re  **Blue Ridge Newspapers, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 25** <br> **Kav Kan Corporation** <br> **P.O. Box 325** <br> **Daleville, VA 24083** | - | | | | | | | 156.00 |
| Account No. <br> **Creditor #: 26** <br> **Lloyd Electric Company** <br> **605 Third St.** <br> **Roanoke, VA 24013** | - | | | | | | X | 4,606.09 |
| Account No. <br> **Creditor #: 27** <br> **MediaSpan Media Software** <br> **2725 S. Industrial Hwy., Suite 100** <br> **Ann Arbor, MI 48104** | - | | | | | | | 1,139.25 |
| Account No. <br> **Creditor #: 28** <br> **Metro Creative Graphics** <br> **519 Eighth Avenue** <br> **New York, NY 10018** | - | | | | | | | 883.34 |
| Account No. <br> **Creditor #: 29** <br> **MultiAd** <br> **35176 Eagle Way** <br> **Chicago, IL 60678** | - | | | | | | | 231.75 |

Sheet no. __5__ of __9__ sheets attached to Schedule of                          Subtotal | 7,016.43
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

In re __**Blue Ridge Newspapers, Inc.**_____,     Case No. _____

_____Debtor_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditor #: 30 Noell Church Electric Co., Inc. 528 Woods Ave Apt. 2 Roanoke, VA 24016 | - | | | | | | 112.50 |
| Account No. | | Parts | | | | | |
| Creditor #: 31 Pacesetter Graphic Service Corp P.O. Box 499 Acworth, GA 30101 | - | | | | | | 2,136.50 |
| Account No. | | | | | | | |
| Creditor #: 32 Pitney Bowes Purchase Power P.O. Box 856042 Louisville, KY 40285 | - | | | | | | 2,809.40 |
| Account No. | | | | | | | |
| Creditor #: 33 PM Lube LLC 13612 Lee Hwy Centreville, VA 20120 | - | | | | | | 189.45 |
| Account No. | | | | | | | |
| Creditor #: 34 Prillaman HVAC, Inc. P.O. Box 1309 Salem, VA 24153 | - | | | | | | 481.25 |

Sheet no. __6___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,729.10

In re **Blue Ridge Newspapers, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 35** **Raymond Dalton** **649 Magonlia Road** **Roanoke, VA 24019** | | - | | | | | 1,246.00 |
| Account No. **Creditor #: 36** **Sheetz Fleet Services** **P.O. Box 6293** **Carol Stream, IL 60197** | | - | | | | | 1,100.67 |
| Account No. **Creditor #: 37** **Southern Lithoplate** **P.O. Box 9400** **Wake Forest, NC 27588** | | - | | | | | 4,856.74 |
| Account No. **Creditor #: 38** **SP Newsprint, Co.** **P.O. Box 101449** **Atlanta, GA 30392** | | - | | | | | 8,719.22 |
| Account No. **Creditor #: 39** **Staples Business Advantage** **Dept DC** **P.O. Box 415256** **Boston, MA 02241** | | - | | | | | 1,342.83 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 17,265.46

In re **Blue Ridge Newspapers, Inc.** ,                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 40 Superior Lithoplate of Indiana P.O. Box 192 Rockville, IN 47872 | - | | | | | | | 17,445.00 |
| Account No. | | | | | | | | |
| Creditor #: 41 Trace Communications, LLC 8132 Woodland Drive Park 100 Indianapolis, IN 46278 | - | | | | | | | 5,011.00 |
| Account No. | | | | | | | | |
| Creditor #: 42 Treasurer, Commonwealth of Virginia DGS Fiscal Services P.O. Box 562 Richmond, VA 23218 | - | | | | | | | 522.46 |
| Account No. | | | | | | | | |
| Creditor #: 43 US Cellular 1420 West Main Street Salem, VA 24153 | - | | | | | | | 131.39 |
| Account No. | | | | Membership Fees | | | | |
| Creditor #: 44 Virginia Press Association 11529 Nuckols Road Glen Allen, VA 23059 | - | | | | | | | 2,334.90 |

Sheet no. __8__ of __9__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          25,444.75

In re   **Blue Ridge Newspapers, Inc.** _____,   Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |
| Account No. |  |  |  | 8/25/09 |  |  |  |  |
| Creditor #: 45 Wells Fargo PO Box 98751 Las Vegas, NV 89193-8751 | - |  |  |  |  |  |  | 45,552.00 |
| Account No. |  |  |  | 3/31/08 Guaranty for Line of Credit for Cape Fear Newspapers |  |  |  |  |
| Creditor #: 46 Wells Fargo POB 6434 Carol Stream, IL 60197 | - |  |  |  |  |  |  | 49,500.00 |
| Account No. |  |  |  | Guaranty 2008 Promissory Note |  |  |  |  |
| Creditor #: 47 Wells Fargo POB 6434 Carol Stream, IL 60197 | - |  |  |  |  |  |  | 369,000.00 |
| Account No. |  |  |  | Professional Services |  |  |  |  |
| Creditor #: 48 Williams Mullen P.O. Box 1320 200 S. 10th St. Richmond, VA 23218 | - |  |  |  |  |  |  | 2,650.00 |
| Account No. |  |  |  |  |  |  |  |  |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **466,702.00**

Total
(Report on Summary of Schedules)     **1,525,585.36**

In re   **Blue Ridge Newspapers, Inc.**       ,    Case No. _____

                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of Fincastle**<br>P.O. Box 107<br>Fincastle, VA 24090 | Office lease for The Herald, 120 W. Main,<br>Fincastle, VA 24091<br>$500.00 monthly payment |
| **James R. Morgan**<br>PO Box 3778<br>Eagle, CO 81631 | Deferred Compensation Plan and Agreement<br>7/1/01 |
| **Main Street Newspapers, Inc.**<br>20 Signal Hill Circle<br>Tuscaloosa, AL 35401 | Management Contract |
| **Metro Creative Graphics**<br>519 Eighth Avenue<br>New York, NY 10018 | Monthly Art work |
| **Pitney Bowes Purchase Power**<br>P.O. Box 856042<br>Louisville, KY 40285 | Postage Machine and Postage |
| **Ray Robinson**<br>120 Butt Hollow Road<br>Salem, VA 24153 | Noncompetition Agreement |
| **Raymond Dalton**<br>649 Magonlia Road<br>Roanoke, VA 24019 | Rag service |
| **Salem Publishing Company**<br>104 Woodmont Boulevard, Suite 300<br>Nashville, TN 37205 | Noncompetition Agreement |
| **US Cellular**<br>1420 West Main Street<br>Salem, VA 24153 | Cell phone service |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Blue Ridge Newspapers, Inc.**      ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Montgomery County Newspapers, Inc.**<br>**P.O. Box 1125**<br>**1633 West Main Street**<br>**Salem, VA 24153** | |

**0**

_____  continuation sheets attached to Schedule of Codebtors

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BLUE RIDGE NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX6649 | ) | CASE NO. 10-84887-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| CAPE FEAR NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX8594 | ) | CASE NO. 10-84888-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX0657 | ) | CASE NO. 10-84889-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| WEST 10 NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX1984 | ) | CASE NO. 10-84890-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

## <u>SCHEDULE I CURENT INCOME OF INDIVIDUAL DEBTOR(S)</u>

- **This form does not apply to this Chapter 11 Bankruptcy.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:                              )
                                               )
BLUE RIDGE NEWSPAPERS, INC.,                   )
EIN: XX-XXX6649                                )      CASE NO. 10-84887-JAC11
                                               )      CHAPTER 11
                Debtor.                        )
                                               )
CAPE FEAR NEWSPAPERS, INC.,                    )
EIN: XX-XXX8594                                )      CASE NO. 10-84888-JAC11
                                               )      CHAPTER 11
                Debtor.                        )
                                               )
MONTGOMERY COUNTY                              )
NEWSPAPERS, INC.,                              )
EIN: XX-XXX0657                                )      CASE NO. 10-84889-JAC11
                                               )      CHAPTER 11
                Debtor.                        )
                                               )
WEST 10 NEWSPAPERS, INC.,                      )
EIN: XX-XXX1984                                )      CASE NO. 10-84890-JAC11
                                               )      CHAPTER 11
                Debtor.                        )
                                               )
_____        )


# <u>SCHEDULE J CURENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>

- **This form does not apply to this Chapter 11 Bankruptcy.**

# United States Bankruptcy Court
## Northern District of Alabama

In re **Blue Ridge Newspapers, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 3, 2010** _____

Signature **/s/ E. Wilson Koeppel** _____

**E. Wilson Koeppel**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Blue Ridge Newspapers, Inc.**                                   Case No. _____
                                    _____
                                    Debtor(s)        Chapter   **11**   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-73,598.00** | **2009 S Corporation Income** |
| **$-178,479.00** | **2008 S Corporation Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Abitibi** | | **$27,469.27** | **$0.00** |
| **Postmaster** | | **$21,186.68** | **$0.00** |
| **Group Underwriters** | | **$6,500.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Jeffrey T. Stumb**<br>**2606 Grande Woods Drive**<br>**Owens Cross Roads, AL 35763** | | **$19,391.05** | **$0.00** |
| **Wilson Koeppel** | | **$19,391.05** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Heard Ary, LLC**<br>**307 Clinton Avenue West, Suite 310**<br>**Huntsville, AL 35801** | **12/3/2010** | **$2,000** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER       DESCRIPTION AND VALUE OF PROPERTY       LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS       NAME USED       DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None □

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED
**Amy Baker**
**6187 Stage Road**
**Bartlett, TN 38135**

**Rhonda Fleming**
**1633 West Main Street**
**Salem, VA 24153**

**Glenn McMillion, CPA**
**10 Professional Park Dr., Suite 16**
**PO Box 138**
**Blacksburg, VA 24063-0138**

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None □

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Rhonda Fleming** | **1633 West Main Street**<br>**Salem, VA 24153** |
| **Glenn McMillion, CPA** | **10 Professional Park Dr., Suite 16**<br>**PO Box 138**<br>**Blacksburg, VA 24063-0138** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Wachovia** | |
| **SBA** | |
| **Wayne Brockenbraugh** | |

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|--------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| **E. Wilson Koeppel**<br>**20 Signal Circle**<br>**Tuscaloosa, AL 35406** | **President** | **50%** |
| **Jeffrey T. Stumb**<br>**2606 Grande Woods Drive**<br>**Owens Cross Roads, AL 35763** | **Vice President** | **50%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |
|---|---|

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December  3, 2010**               Signature   **/s/ E. Wilson Koeppel**
                                                                            **E. Wilson Koeppel**
                                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Alabama

In re **Blue Ridge Newspapers, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,789.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 7,789.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December  3, 2010**

**/s/ Angela S. Ary**
**Angela S. Ary**
**Heard Ary, LLC**
**307 Clinton Avenue West**
**Civic Plaza Suite 310**
**Huntsville, Alabama,  35801**
**256-535-0817  Fax: 256-535-0818**
**kheard@heardlaw.com; aary@heardlaw.com**

---

# United States Bankruptcy Court
## Northern District of Alabama

In re **Blue Ridge Newspapers, Inc.** ,

Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **E. Wilson Koeppel**<br>**20 Signal Circle**<br>**Tuscaloosa, AL 35406** | | **500** | **Common Stock** |
| **Jeffrey T. Stumb**<br>**2606 Grande Woods Drive**<br>**Owens Cross Roads, AL 35763** | | **500** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**December 3, 2010**_____

Signature__**/s/ E. Wilson Koeppel**_____

**E. Wilson Koeppel**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Blue Ridge Newspapers, Inc.**

                                     Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 3, 2010**            **/s/ E. Wilson Koeppel**

                                                             **E. Wilson Koeppel/President**
                                                             Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Montgomery Publishing, LLC
605 Southview Terrace
Christiansburg, VA 24073

Bondware, Inc.
239 John R. Rice Blvd. Ste F
NC 27129

G.E. Richards Graphic Supplies oM
928 Links Ave
P.O. Box 339
Landisville, PA 17538

Salem Publishing Company
104 Woodmont Boulevard, Suite 300
Nashville, TN 37205

C&W Pressroom Products
PO Box 768
New York, NY 10018

GE Moneybank
Attn. Bankruptcy Dept
P.O. Box 103106
Roswell, GA 30076

Wells Fargo
POB 6434
Carol Stream, IL 60197

Carter's Towing
28 Dixie Drive
Salem, VA 24153

Group Underwriters Agency, Inc.
P.O. box 5449
Charlottesville, VA 22905

City of Salem, Virginia
P.O. Box 869
114 N. Broad St
Salem, VA 24153

Cintas Corporation
P.O. Box 1007
Bedford, VA 24523

Hoag & Sons
PO Box 162
Springport, MI 49284-0162

Internal Revenue Service
801 Tom Martin Drive
Birmingham, AL 35211

Corning Publishing Company
P.O. Box 85
Corning, AR 72422

IGS Knives, Inc.
760 West Wallick Lane
Red Lion, PA 17356

AAA Trophies
4115 Williamson Rd.
Roanoke, VA 24012

E. Wilson Koeppel
20 Signal Hill Circle
Tuscaloosa, AL 35406

Ikon Office Solutions
P.O. Box 532530
Atlanta, GA 30353

Abitibi Consolidated Sales Corp
1228 Paysphere Circle
Chicago, IL 60674

Fire Safety Products
P.O. Box 5090
Christiansburg, VA 24068

Imagemasters
485 Hopkins Road
Lynchburg, VA 24502

Associated Publishers Distribution
P.O. Box 12566
Roanoke, VA 24026

Floyd Lawson
1020 Larkwood Dr. NE
Cullman, AL 35055

Impression Inks, LTD
7333 Jack Newell Blvd.
Ste 200
Fort Worth, TX 76118

Bank of Fincastle
P.O. Box 107
Fincastle, VA 24090

FNB Card Member Services
P.O. BOX 2490
Omaha, NE 68103

James R. Morgan
PO Box 3778
Eagle, CO 81631

Jeff Robertson
2720 Muirwoods Drive
Owens Cross Roads, AL 35763

MultiAd
35176 Eagle Way
Chicago, IL 60678

Southern Lithoplate
P.O. Box 9400
Wake Forest, NC 27588

Jeffrey T. Stumb
2606 Grande Woods Drive
Owens Cross Roads, AL 35763

Noell Church Electric Co., Inc.
528 Woods Ave Apt. 2
Roanoke, VA 24016

SP Newsprint, Co.
P.O. Box 101449
Atlanta, GA 30392

Karen Ann Stumb
2606 Grande Woods Drive
Owens Cross Roads, AL 35763

Pacesetter Graphic Service Corp
P.O. Box 499
Acworth, GA 30101

Staples Business Advantage
Dept DC
P.O. Box 415256
Boston, MA 02241

Kav Kan Corporation
P.O. Box 325
Daleville, VA 24083

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285

Superior Lithoplate of Indiana
P.O. Box 192
Rockville, IN 47872

Lloyd Electric Company
605 Third St.
Roanoke, VA 24013

PM Lube LLC
13612 Lee Hwy
Centreville, VA 20120

Trace Communications, LLC
8132 Woodland Drive Park 100
Indianapolis, IN 46278

Main Street Newspapers, Inc.
20 Signal Hill Circle
Tuscaloosa, AL 35401

Prillaman HVAC, Inc.
P.O. Box 1309
Salem, VA 24153

Treasurer, Commonwealth of Virgin
DGS Fiscal Services
P.O. Box 562
Richmond, VA 23218

MediaSpan Media Software
2725 S. Industrial Hwy., Suite 100
Ann Arbor, MI 48104

Ray Robinson
120 Butt Hollow Road
Salem, VA 24153

US Cellular
1420 West Main Street
Salem, VA 24153

Metro Creative Graphics
519 Eighth Avenue
New York, NY 10018

Raymond Dalton
649 Magonlia Road
Roanoke, VA 24019

Virginia Press Association
11529 Nuckols Road
Glen Allen, VA 23059

Montgomery County Newspapers, Inc.
P.O. Box 1125
1633 West Main Street
Salem, VA 24153

Sheetz Fleet Services
P.O. Box 6293
Carol Stream, IL 60197

Wells Fargo
PO Box 98751
Las Vegas, NV 89193-8751

Williams  Mullen
P.O.  Box  1320
200  S.  10th  St.
Richmond, VA 23218

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Blue Ridge Newspapers, Inc.**       Case No. _____

                   Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blue Ridge Newspapers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2010**
_____
Date

/s/ Angela S. Ary
_____
**Angela S. Ary**
Signature of Attorney or Litigant
Counsel for   **Blue Ridge Newspapers, Inc.**
**Heard Ary, LLC**
**307 Clinton Avenue West**
**Civic Plaza Suite 310**
**Huntsville, Alabama,  35801**
**256-535-0817 Fax:256-535-0818**
**kheard@heardlaw.com; aary@heardlaw.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy