IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BLUE RIDGE NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX6649 | ) | CASE NO. 10-84887-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| CAPE FEAR NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX8594 | ) | CASE NO. 10-84888-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX0657 | ) | CASE NO. 10-84889-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| WEST 10 NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX1984 | ) | CASE NO. 10-84890-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**MOTION FOR JOINT ADMINISTRATION OF
CASES UNDER BANKRUPTCY RULE 1015**

COME NOW, Blue Ridge Newspapers, Inc., Cape Fear Newspapers, Inc., Montgomery County Newspapers, Inc., and West 10 Newspapers, Inc. (collectively, the "Debtors"), and file this Motion for Joint Administration of Cases under Bankruptcy Rule 1015. In support of this Motion, the Debtors rely on the affidavit of Jeffrey T. Stumb in Support of Chapter 11 Petitions and First Day Orders filed contemporaneously herewith, and respectfully represent:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.[1]

## BACKGROUND

2. Blue Ridge Newspapers, Inc. ("BRN") is a Virginia corporation having its principal place of business at 20 Signal Hill Circle, Tuscaloosa, Alabama 35406. Cape Fear Newspapers, Inc. ("CFN") is a North Carolina corporation having its principal place of business at 2606 Grande Woods Drive, Owens Cross Roads, Alabama 35763. Montgomery County Newspapers, Inc. ("MCN") is a Virginia corporation having its principal place of business at 2606 Grande Woods Drive, Owens Cross Roads, Alabama 35763. West 10 Newspapers, Inc. ("WTN") is a Tennessee corporation having its principal place of business at 2606 Grande Woods Drive, Owens Cross Roads, Alabama 35763.

3. Jeffrey T. Stumb ("Stumb") owns fifty percent of the capital stock of BRN, CFN, MCN, and WTN. E. Wilson Koeppel ("Koeppel") owns the remaining fifty percent of the capital stock of BRN, CFN, MCN, and WTN. Stumb is President of CFN, MCN, and WTN and directs operations principally from Stumb's Owens Cross Roads office. Koeppel is President of BRN and directs operations principally from Koeppel's Tuscaloosa office.

4. The Debtors provide community news and related services through newspapers and websites primarily in North Carolina, Tennessee, and Virginia.

5. As of December 3, 2010, (the "Petition Date"), the Debtors held a total of approximately $1,958,781.13 book value in assets and $11,584,803.67 book value in liabilities and employed approximately 80 people in connection with their various operations.

6. Beginning on or about May 18, 2007, BRN, CFN, MCN, WTN, Stumb and/or

---

[1] Owens Cross Roads, Alabama represents CFN, MCN, and WTN's principal place of business; thus, venue is proper for CFN, MCN, and WTN under 28 U.S.C. § 1408(1). BRN constitutes an "affiliate" of CFN, MCN, and WTN; thus, venue is proper for BRN pursuant to 28 U.S.C. § 1408(2).

Koeppel entered into various loan transactions with Wachovia Bank, N.A. now known as Wells Fargo Bank, N.A. ("Wells Fargo") for an aggregated original principal amount of $1,468,833.89 (collectively referred to as the "Loan Agreements"). Pursuant to the Loan Agreements and related security agreements, Wells Fargo took a first priority lien and security interest on substantially all of the Debtors' assets, including but not limited to, real property, accounts receivable, and personal property.

7. As of the Petition Date, the Debtors jointly and severally owe approximately $1,390,094.93 to Wells Fargo. In addition to the debt to Wells Fargo, the Debtors jointly and/or severally owe approximately $3,194,981.36 in outstanding notes to other creditors. Furthermore, each of the Debtors owes general unsecured creditors, incurred in the normal course of their businesses.

## **REASONS FOR FILING CHAPTER 11**

8. The Debtors publish community newspapers. Following the downturn of the economy, Debtors' revenues began decreasing as advertisers began cutting their marketing budgets. Debtors took measures to lower their expenses and continue making payments to their creditors. During this time, some payments were made late to the creditors; however, most if not all payments were made.

9. On or about June 16, 2010, Wells Fargo gave notice that the Debtors were in default under the Loan Agreements. The Debtors worked with Wells Fargo's Special Assets Division and continued to try and make payments to Wells Fargo as timely as possible.

10. In a letter dated October 13, 2010, Wells Fargo gave notice of default, acceleration, and demand for payment to Debtors. Wells Fargo demanded payment in full within ten days from the date of receipt of the letter. However, a letter dated October 22, 2010 was

overnighted to Stumb and Koeppel notifying them of Wells Fargo's early termination of the ISDA Master Agreement and interest rate swap transaction.

11. After exhausting all reasonable alternatives, Debtors have determined that an out of court restructuring of the companies outside of chapter 11 cannot be implemented.

12. On the Petition Date, the Debtors filed separate voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq., in this Court. Simultaneously therewith, the Debtors have filed this Motion for Joint Administration of the Debtors' cases.

13. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession under sections 1107(a) and 1108 of the Bankruptcy Code. To date, this Court has not appointed a trustee or examiner nor has any official committee been established in these bankruptcy cases.

14. Through the filing of the chapter 11 cases, the Debtors seek to accomplish a successful reorganization of the businesses, which will allow Debtors post-confirmation to continue to operate.

**RELIEF REQUSTED**

15. Each of the Debtors' bankruptcy cases are currently pending before this Court.

16. Debtors are affiliates within the meaning of 11 U.S.C. § 101(2) and Fed. R. Bankr. P. 1015(b)(4).

17. Joint administration of the Debtors' cases will avoid substantial unnecessary costs, duplicate proceedings, and delay in these bankruptcy cases, including duplicative costs of copying, postage and attorneys' fees and expenses. It will also reduce the Court's workload in docketing and administering these chapter 11 cases. Moreover, joint administration is in the best

interest of the Debtors' estates and their creditors.

18. No prejudice will result to any party in interest from joint administration of the Debtors' cases and no substantive rights of creditors or parties in interest will be affected by an order approving joint administration.

19. The Debtors propose to use the case caption attached to this Motion as Exhibit "A" in the jointly administered cases. A notice substantially similar to that attached as Exhibit "B" will be sent to all parties as defined in the Debtors' Case Management Motion, filed contemporaneously herewith, and will be filed in each of the Debtors' chapter 11 cases. Once jointly administered, the Debtors propose to file only one original document to be placed in the court's file for Blue Ridge Newspapers, Inc., Case No. 10-84887. In the Court's files for the related cases, creditors and parties in interest will be directed to the file for Case No. 10-84887 to locate all pleadings filed subsequent to entry of the Court's joint administration order.

20. All professionals who file fee applications should be permitted to file fee applications in just one case for all work done for all of the Debtors.

WHEREFORE, the Debtors pray that the Court enter an order:

(1) approving joint administration of bankruptcy case numbers 10-84887 through 10-84890, including:

    (a) the use of a single docket for administrative matters, and the filing, lodging and docketing of pleadings and orders; however, each case will have a separately maintained claims register;

    (b) the combining of notices to creditors and parties in interest;

    (c) the scheduling of hearings;

    (d) financial reporting by each individual Debtor; and

    (e)  the joint handling of other administrative matters.

(2)  granting such other legal and equitable relief to which they may be entitled.

Respectfully submitted this 3rd day of December, 2010.

               */s/ Angela S. Ary*
               Angela S. Ary
               Proposed Attorney for Debtors
               Heard Ary, LLC
               307 Clinton Avenue West, Suite 310
               Huntsville, Alabama 35801
               256-535-0817
               aary@heardlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this day served a true and correct copy of the foregoing document upon Richard Blythe, Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, and the Master Service List, which includes all secured creditors, the twenty (20) largest unsecured creditors of each Debtor, and the Internal Revenue Service, by depositing said copy in the United States mail in a properly addressed envelope with adequate postage thereon, on this the 3rd day of December, 2010.

               */s/ Angela S. Ary*
               Angela S. Ary

# EXHIBIT "A"

## Caption for Jointly Administered Cases

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BLUE RIDGE NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX6649 | ) | CASE NO. 10-84887-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| CAPE FEAR NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX8594 | ) | CASE NO. 10-84888-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| MONTGOMERY COUNTY NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX0657 | ) | CASE NO. 10-84889-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| WEST 10 NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX1984 | ) | CASE NO. 10-84890-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**[TITLE OF DOCUMENT]**

**EXHIBIT "B"**

**Notice of Order Authorizing Joint Administration of Chapter 11 Cases**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BLUE RIDGE NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX6649 | ) | CASE NO. 10-84887-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| CAPE FEAR NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX8594 | ) | CASE NO. 10-84888-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX0657 | ) | CASE NO. 10-84889-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| WEST 10 NEWSPAPERS, INC., | ) | |
| EIN: XX-XXX1984 | ) | CASE NO. 10-84890-JAC11 |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF ORDER AUTHORIZING JOINT ADMINISTRATION
OF CHAPTER 11 CASES TO CREDITORS AND PARTIES IN INTERST**

TO CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Court has ordered joint administration of the following chapter 11 bankruptcy cases:

    Blue Ridge Newspapers, Inc.                   Case No. 10-84887-JAC11

| | |
|---|---|
| Cape Fear Newspapers, Inc. | Case No. 10-84888-JAC11 |
| Montgomery County Newspapers, Inc. | Case No. 10-84889-JAC11 |
| West 10 Newspapers, Inc. | Case No. 10-84890-JAC11 |

Joint administration of the estates in each of the above-referenced cases includes:

(1) use of a single docket for administrative matters, and the filing, lodging and docketing of pleadings and orders; however, each case will have a separately maintained claims register;

(2) combining notices to creditors and other parties in interest;

(3) scheduling of hearings;

(4) financial reporting by each individual Debtor; and

(5) joint handling of other administrative matters.

Pursuant to the Court's order, the official case caption of the Debtors' chapter 11 cases is the caption used in this notice. All papers filed in the jointly administered cases should use the official caption and case numbers as shown on this notice and should indicate that the cases are jointly administered. A sample of the proposed caption for the jointly administered cases, which also contains the required notice language is attached to this Notice.

Dated: December __, 2010.

        Respectfully submitted:

        */s/ Angela S. Ary*
        Angela S. Ary
        Proposed Attorney for Debtors
        Heard Ary, LLC
        307 Clinton Avenue West, Suite 310
        Huntsville, Alabama 35801
        256-535-0817
        aary@heardlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have this day served a true and correct copy of the foregoing document upon Richard Blythe, Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, and the Master Service List, which includes all secured creditors, the twenty (20) largest unsecured creditors of each Debtor, and the Internal Revenue Service, by depositing said copy in the United States mail in a properly addressed envelope with adequate postage thereon, on this the __ day of December, 2010.

                                        */s/ Angela S. Ary*
                                        Angela S. Ary

# MASTER SERVICE LIST

Abitibi Consolidated Sales Corp
1228 Paysphere Circle
Chicago, IL 60674

AT&T
PO Box 277019
One Main Street
Atlanta, GA 30384-7019

Blue Ridge Newspapers, Inc.
c/o Main Street Newspapers, Inc.
P.O. Box 1129
Salem, VA 24153

Century Link
PO Box 4300
Carol Stream, IL 60197

City of Salem, Virginia
P.O. Box 869
114 N. Broad St
Salem, VA 24153

Corning Publishing Company
P.O. Box 85
Corning, AR 72422

Comcast Cable
PO Box 105665
Atlanta, GA 30348-5665

David Mullings
1274 Aspen Drive
Ridgway, CO 81432

David M. Pippin
206 E. Yorktown Drive
Lagrange, GA 30240

De Lage Landen Financial
Services
P.O. Box 41601
Philadelphia, PA 19101

ECS Telecom
2547 Van Eaton Lane
Memphis, TN 38133

E. Wilson Koeppel
20 Signal Hill Circle
Tuscaloosa, AL 35406

FIA CSNA
4060 Ogletown Stanton Road
Newark, DE 19713-3102

Floyd Lawson
1020 Larkwood Dr. NE
Cullman, AL 35055

G.E. Richards Graphic Supplies
of VA Inc
928 Links Ave
P.O. Box 339
Landisville, PA 17538

Group Underwriters Agency, Inc.
P.O. box 5449
Charlottesville, VA 22905

H. L. Oswald Enterprises, Inc.
P.O. Box 428
Wallace, NC 28466

Hanover Insurance
PO Box 4031
Woburn, MA 01888

Internal Revenue Service
801 Tom Martin Drive
Birmingham, AL 35211

U.S. Attorney General
US Department of Justice
P.O. Box 14198
Washington, D.C. 20044

IRS Service Center
Bankruptcy Clerk
801 Tom Martin Drive,
Room 126
Birmingham, Alabama 35211

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

IRS Service Center
P.O. Box 2502
Memphis, Tennessee 37501
ATTN: BANKRUPTCY CLERK

IRS
Special Procedures Stop 31
600 South Maestri Place
New Orleans, LA 70173

James R. Morgan
PO Box 3778
Eagle, CO 81631

Jeffrey T. Stumb
2606 Grande Woods Drive
Owens Cross Roads, AL 35763

Jeff Robertson
2720 Muirwoods Drive
Owens Cross Roads, AL 35763

Karen Ann Stumb
2606 Grande Woods Drive
Owens Cross Roads, AL 35763

Ladco
SDS-12-2896
P.O. Box 86
Minneapolis, MN 55486

Mark Klimko
3743 Tynemoore Trace
Smyrna, GA 30080

Metro Creative Graphics
519 Eighth Avenue
New York, NY 10018

Montgomery Publishing, LLC
605 Southview Terrace
Christiansburg, VA 24073

PDI Plastics
P.O. Box 635994
Cincinnati, OH 45263

Palmer Brothers, Inc.
841 South Cooper
Memphis, TN 38104

Patrick A. Carrell Design, LLC
2432 Brandon Ave SW
Roanoke, VA 24015

Richard Blythe, Esq.
Bankruptcy Administrator
P.O. Box 3045
Decatur, Al 35602

Richard O'Neal
Assistant U.S. Attorney
Robert S. Vance Building
1800 5th Avenue North
Birmingham, Alabama 35203

Salem Publishing Company
104 Woodmont Boulevard, Ste 300
Nashville, TN 37205

Shelby County Trustee
P.O. Box 2751
Memphis, TN 38101

Signature Offset
224 Commerce St.
Broomfield, CO 80020

SP Newsprint, Co.
P.O. Box 101449
Atlanta, GA 30392

Superior Lithoplate of Indiana
P.O. Box 192
Rockville, IN 47872

Thurman, Wilson & Boutwell, P.A.
301 S. McDowell Street, Ste. 608
Charlotte, NC 28204

TownNews.com
1510 47th Ave
Moline, IL 61265

Vision Data
1377 Third Street
Rensselaer, NY 12144

Wells Fargo
PO Box 6434
Carol Stream, IL 60197

Wise Penny Inc. (Mark Hamner)
1052 Sir Lancelot Cir
The Colony, TX 75056